| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*attycburke@charter.net*<br>702 Plumas Street<br>Reno, Nevada 89509<br>(775) 333-9277<br>and<br>Scott C. Borison, Esq.<br>Legg Law Firm LLP<br>borison@legglaw.com<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>(301) 620-1016<br>*Attorneys for Plaintiff*<br>Sean David Bakos | ECF Filed on 9/7/2018 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Sean David Bakos, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>TD Bank N.A.<br>    Defendant. | Case No.: 3:17-cv-00134-MMD-WGC<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PLAINTIFF TO RESPOND TO TD BANK N.A. MOTION TO DISMISS AMENDED COMPLAINT (DKT.#50)** |

COMES NOW, Plaintiff, Sean David Bakos ("Bakos"), and Defendant, TD Bank N.A.. ("TD Bank"), by and through their respective counsels of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

    1.    Plaintiffs Response or Opposition to Defendants Motion to Dismiss Amended Complaint (Dkt.# 50), is currently due on September 10, 2018.

    2.    The Parties are entering into this stipulation in good faith and not for purposes of delay.

1

IT IS HEREBY STIPULATED THAT:

3. The deadline for Bakos to oppose to Defendants Motion to Dismiss Amended Complaint, is hereby extended to September 24, 2018.

Dated: September 7, 2018                             Dated: September 7, 2018

Christopher P. Burke, Esq.                           Duane Morris, LLP

By: */s/ Christopher P. Burke. Esq.*                 By: */s/ Tyson E. Hafen*
    Christopher P. Burke, Esq.                        Tyson E. Hafen (SBN 13139)
    Nevada Bar No. 004093                             100 N. City Parkway, Suite 1560
    *attycburke@charter.net*                          Las Vegas, NV 89106
    702 Plumas St.                                    (702) 868-2600
    Reno, Nevada 89509                                *tehafen@duanemorris.com*
    (775) 333-9277                                    *Attorneys for Defendant*

By: */s/ Scott C. Borison, Esq.*
    Scott C. Borison, Esq.
    Legg Law Firm LLP
    borison@legglaw.com
    1900 S. Norfolk St., Suite 350
    San Mateo, CA 94403
    (301) 620-1016
    *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
US DISTRICT JUDGE

DATED: September 10, 2018