CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277
and
Scott C. Borison, Esq.
Legg Law Firm LLP
borison@legglaw.com
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
(301) 620-1016
*Attorneys for Plaintiff*
Sean David Bakos

ECF Filed on 9/20/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Sean David Bakos, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD Bank N.A.<br>Defendant. | Case No.: 3:17-cv-00134-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PLAINTIFF TO RESPOND TO TD BANK N.A. MOTION TO DISMISS AMENDED COMPLAINT (DKT.#50)** |

      COMES NOW, Plaintiff, Sean David Bakos ("Bakos"), and Defendant, TD Bank N.A.. ("TD Bank"), by and through their respective counsels of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

      1.      Plaintiffs Response or Opposition to Defendants Motion to Dismiss Amended Complaint (Dkt.# 50), was due on September 10, 2018. That was extended by stipulation of the parties until September 24, 2018 (Dkt. #52).

1

2. The Parties are entering into this second stipulation in good faith and not for purposes of delay, as they are working on settling the matter.

IT IS HEREBY STIPULATED THAT:

3. The deadline for Bakos to oppose to Defendants Motion to Dismiss Amended Complaint, is hereby extended to October 16, 2018.

Dated: September 20, 2018                                   Dated: September 20, 2018

Christopher P. Burke, Esq.                                  Duane Morris, LLP

By: */s/ Christopher P. Burke. Esq.*                        By: */s/ Tyson E. Hafen*
    Christopher P. Burke, Esq.                              Tyson E. Hafen (SBN 13139)
    Nevada Bar No. 004093                                   100 N. City Parkway, Suite 1560
    *attycburke@charter.net*                                Las Vegas, NV 89106
    702 Plumas St.                                          (702) 868-2600
    Reno, Nevada 89509                                      *tehafen@duanemorris.com*
    (775) 333-9277                                          *Attorneys for Defendant*

By: */s/ Scott C. Borison, Esq.*
    Scott C. Borison, Esq.
    Legg Law Firm LLP
    borison@legglaw.com
    1900 S. Norfolk St., Suite 350
    San Mateo, CA 94403
    (301) 620-1016
    *Attorneys for Plaintiff*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
US DISTRICT DISTRICT JUDGE

DATED: September 24, 2018