CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*attycburke@charter.net*
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277

and

Scott C. Borison, Esq.
Legg Law Firm LLP
borison@legglaw.com
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
(301) 620-1016

*Attorneys for Plaintiff*
Sean David Bakos

ECF Filed on 10/15/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Sean David Bakos, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD Bank N.A.<br>        Defendant. | Case No.: 3:17-cv-00134-MMD-WGC<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PLAINTIFF TO RESPOND TO TD BANK N.A. MOTION TO DISMISS AMENDED COMPLAINT (DKT.#50)** |

COMES NOW, Plaintiff, Sean David Bakos ("Bakos"), and Defendant, TD Bank N.A.. ("TD Bank"), by and through their respective counsels of record in the above-captioned matter, and hereby file this Third Stipulation and agreement, pursuant to LR 7-1, as follows:

1. Plaintiffs Response or Opposition to Defendants Motion to Dismiss Amended Complaint (Dkt.#50), was due on September 10, 2018. That was extended by stipulation of the parties until September 24, 2018 (Dkt. #52).

2. The parties filed a second stipulation to extend Plaintiffs time to Response or

1

Oppose Motion to Dismiss Amended Complaint (Dkt.# 50), until October 16, 2018 (Dkt. #54).

3. The Parties are entering into this third stipulation in good faith and not for purposes of delay, as they are working on settling the matter and are just reviewing the terms.

IT IS HEREBY STIPULATED THAT:

4. The deadline for Bakos to oppose to Defendants Motion to Dismiss Amended Complaint, is hereby extended to October 31, 2018.

Dated: October 15, 2018

Christopher P. Burke, Esq.

By: */s/ Christopher P. Burke. Esq.*
　　Christopher P. Burke, Esq.
　　Nevada Bar No. 004093
　　*attycburke@charter.net*
　　702 Plumas St.
　　Reno, Nevada 89509
　　(775) 333-9277

By: */s/ Scott C. Borison, Esq.*
　　Scott C. Borison, Esq.
　　Legg Law Firm LLP
　　borison@legglaw.com
　　1900 S. Norfolk St., Suite 350
　　San Mateo, CA 94403
　　(301) 620-1016
　　*Attorneys for Plaintiff*

Dated: October 15, 2018

Duane Morris, LLP

By: */s/ Tyson E. Hafen*
　　Tyson E. Hafen (SBN 13139)
　　100 N. City Parkway, Suite 1560
　　Las Vegas, NV 89106
　　(702) 868-2600
　　*tehafen@duanemorris.com*
　　*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
US DISTRICT JUDGE

DATED: October 15, 2018