## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SEAN DAVID BAKOS, individually and on
behalf others similarly situated,

        Plaintiff,

v.

TD BANK, N.A.,

        Defendant.

_____/

CASE NO.: 3:17-cv-00134-MMD-WGC

## STIPULATION OF DISMISSAL

Plaintiff, Sean David Bakos ("*Bakos*"), individually and on behalf others similarly

situated, and Defendant, TD Bank, N.A. ("*TD Bank*") stipulate and agree as follows, pursuant to

Fed. R. Civ. P. 41:

    1.    All claims asserted, or that could have been asserted, by Bakos against TD Bank

in this action are hereby dismissed with prejudice.

    2.    This dismissal shall be without award of costs to any party, and each party shall

bear its own attorneys' fees and other expenses.

**SEAN DAVID BAKOS**

By his Attorney,

_____
Christopher P. Burke
Nevada Bar No. 004093
attycburke@charter.net
702 Plumas St.
Reno, NV 89509
Tel: (775) 333-9277
Fax: (775) 329-1165

Dated: 11/28/18

DM1\9084423.4

Dated: December 3, 2018

**TD BANK, N.A.**

By its Attorneys,

_____
Tyson Hafner Hafen
Nevada Bar No.: 13139
Duane Morris LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
tehafen@duanemorris.com
Tel: (702) 868-2655
Fax: (702) 993 0722

Dated: 11/30/18

IT IS SO ORDERED.

_____
U.S. District Judge